Exhibit 1

# DECLARATION OF MARSHALL HARDY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Marshall Hardy. I am the Plaintiff in the above-captioned lawsuit. I am over the age of twenty-one (21), and I am fully competent and capable in all respects to make this Declaration. All the facts contained within this Declaration are true and correct and are based upon my personal knowledge.

2. Defendant SDM Hospitality, LLC employed me from approximately February 9, 2016 through September 28, 2020. I was employed as a cook at SDM Hospitality, LLC d/b/a McCullar's Irish Pub & Grill. Suit was filed in this matter on October 16, 2020. As such, the relevant period for a three year statute of limitations is From October 16, 2017 through September 28, 2020

3. During my employment with SDM Hospitality, LLC, I was paid $10 an hour for all hours worked, whether above or below 40, until September 23, 2019, when I was given a $1.00 raise to $11.00 an hour. At that point, I was paid $11.00 an hour for all hours worked, whether above or below 40. I was never paid additional compensation for working over forty hours per workweek.

4. I kept the vast majority of my paychecks. A true and correct summary of these paychecks is attached to this Declaration as Attachment A. A true and correct copy of these paychecks is attached hereto as Attachment B. For the four weeks where I do not have a paycheck, I took the average amount of overtime I worked per week, 51.50 hours, and used this figure as my hours worked. As I was only paid straight time for all hours worked over forty per workweek, I am owed half time for all hours over forty per workweek. As set forth in the attached spreadsheet, I am owed $8,635.22 hours in actual damages.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/12/2021

DocuSigned by:
[signature]
19CFB50705 1C449...
MARSHALL HARDY