| Date | Total Hours | Overtime Hours | Hourly Rate | Overtime Owed |
|---|---|---|---|---|
| 10/23/17 | 53.38 | 13.38 | $10.00 | $66.90 |
| 10/30/17 | 53.62 | 13.62 | $10.00 | $68.10 |
| 11/6/17 | 53.29 | 13.29 | $10.00 | $66.45 |
| 11/13/17 | 53.43 | 13.43 | $10.00 | $67.15 |
| 11/20/17 | 42.96 | 2.96 | $10.00 | $14.80 |
| 11/27/17 | 53.51 | 13.51 | $10.00 | $67.55 |
| 12/4/17 | 55.06 | 15.06 | $10.00 | $75.30 |
| 12/11/17 | 61.75 | 21.75 | $10.00 | $108.75 |
| 12/18/17 | 52.58 | 12.58 | $10.00 | $62.90 |
| 12/25/17 | 44.01 | 4.01 | $10.00 | $20.05 |
| 1/1/18 | 52.62 | 12.62 | $10.00 | $63.10 |
| 1/8/18 | 52.39 | 12.39 | $10.00 | $61.95 |
| 1/15/18 | 53.83 | 13.83 | $10.00 | $69.15 |
| 1/22/18 | 51.5 | 11.5 | $10.00 | $57.50 |
| 1/29/18 | 53.39 | 13.39 | $10.00 | $66.95 |
| 2/5/18 | 53.41 | 13.41 | $10.00 | $67.05 |
| 2/12/18 | 53.45 | 13.45 | $10.00 | $67.25 |
| 2/19/18 | 54.02 | 14.02 | $10.00 | $70.10 |
| 2/26/18 | 52.58 | 12.58 | $10.00 | $62.90 |
| 3/5/18 | 52.08 | 12.08 | $10.00 | $60.40 |
| 3/12/18 | 54.3 | 14.3 | $10.00 | $71.50 |
| 3/19/18 | 53.81 | 13.81 | $10.00 | $69.05 |
| 3/26/18 | 53.63 | 13.63 | $10.00 | $68.15 |
| 4/2/18 | 51.5 | 11.5 | $10.00 | $57.50 |
| 4/9/18 | 52.34 | 12.34 | $10.00 | $61.70 |
| 4/16/18 | 53.49 | 13.49 | $10.00 | $67.45 |
| 4/23/18 | 53.66 | 13.66 | $10.00 | $68.30 |
| 4/30/18 | 54.49 | 14.49 | $10.00 | $72.45 |
| 5/7/18 | 53.1 | 13.1 | $10.00 | $65.50 |
| 5/14/18 | 53.7 | 13.7 | $10.00 | $68.50 |
| 5/21/18 | 44.17 | 4.17 | $10.00 | $20.85 |
| 5/28/18 | 52.51 | 12.51 | $10.00 | $62.55 |
| 6/4/18 | 52.5 | 12.5 | $10.00 | $62.50 |
| 6/11/18 | 52.32 | 12.32 | $10.00 | $61.60 |
| 6/18/18 | 52.58 | 12.58 | $10.00 | $62.90 |
| 6/25/18 | 53.41 | 13.41 | $10.00 | $67.05 |
| 7/2/18 | 46.05 | 6.05 | $10.00 | $30.25 |
| 7/9/18 | 54.67 | 14.67 | $10.00 | $73.35 |
| 7/16/18 | 54.67 | 14.67 | $10.00 | $73.35 |
| 7/23/18 | 53.15 | 13.15 | $10.00 | $65.75 |
| 7/30/18 | 53.69 | 13.69 | $10.00 | $68.45 |
| 8/6/18 | 53.71 | 13.71 | $10.00 | $68.55 |
| 8/13/18 | 53.69 | 13.69 | $10.00 | $68.45 |

| | | | | |
|---|---|---|---|---|
| 8/20/18 | 54.94 | 14.94 | $10.00 | $74.70 |
| 8/27/18 | 44.17 | 4.17 | $10.00 | $20.85 |
| 9/3/18 | 53.43 | 13.43 | $10.00 | $67.15 |
| 9/10/18 | 54.53 | 14.53 | $10.00 | $72.65 |
| 9/17/18 | 53.75 | 13.75 | $10.00 | $68.75 |
| 9/24/18 | 51.92 | 11.92 | $10.00 | $59.60 |
| 10/1/18 | 53.8 | 13.8 | $10.00 | $69.00 |
| 10/8/18 | 53.4 | 13.4 | $10.00 | $67.00 |
| 10/15/18 | 51.5 | 11.5 | $10.00 | $57.50 |
| 10/22/18 | 53.77 | 13.77 | $10.00 | $68.85 |
| 10/29/18 | 54.26 | 14.26 | $10.00 | $71.30 |
| 11/5/18 | 54.07 | 14.07 | $10.00 | $70.35 |
| 11/12/18 | 54.81 | 14.81 | $10.00 | $74.05 |
| 11/19/18 | 52.16 | 12.16 | $10.00 | $60.80 |
| 11/26/18 | 53.8 | 13.8 | $10.00 | $69.00 |
| 12/3/18 | 53.55 | 13.55 | $10.00 | $67.75 |
| 12/10/18 | 52.7 | 12.7 | $10.00 | $63.50 |
| 12/17/18 | 53.45 | 13.45 | $10.00 | $67.25 |
| 12/24/18 | 35.38 | 0 | $10.00 | $0.00 |
| 12/31/18 | 51.5 | 11.5 | $10.00 | $57.50 |
| 1/7/19 | 53.56 | 13.56 | $10.00 | $67.80 |
| 1/14/19 | 52.25 | 12.25 | $10.00 | $61.25 |
| 1/21/19 | 51.66 | 11.66 | $10.00 | $58.30 |
| 1/28/19 | 53.32 | 13.32 | $10.00 | $66.60 |
| 2/4/19 | 53.15 | 13.15 | $10.00 | $65.75 |
| 2/11/19 | 53.57 | 13.57 | $10.00 | $67.85 |
| 2/18/19 | 53.68 | 13.68 | $10.00 | $68.40 |
| 2/25/19 | 52.87 | 12.87 | $10.00 | $64.35 |
| 3/4/19 | 52.81 | 12.81 | $10.00 | $64.05 |
| 3/11/19 | 53.07 | 13.07 | $10.00 | $65.35 |
| 3/18/19 | 54.13 | 14.13 | $10.00 | $70.65 |
| 3/25/19 | 53.61 | 13.61 | $10.00 | $68.05 |
| 4/1/19 | 53.54 | 13.54 | $10.00 | $67.70 |
| 4/8/19 | 52.36 | 12.36 | $10.00 | $61.80 |
| 4/15/19 | 45.09 | 5.09 | $10.00 | $25.45 |
| 4/22/19 | 53.02 | 13.02 | $10.00 | $65.10 |
| 4/29/19 | 51.54 | 11.54 | $10.00 | $57.70 |
| 5/6/19 | 52.41 | 12.41 | $10.00 | $62.05 |
| 5/13/19 | 52.72 | 12.72 | $10.00 | $63.60 |
| 5/20/19 | 52.74 | 12.74 | $10.00 | $63.70 |
| 5/27/19 | 53.29 | 13.29 | $10.00 | $66.45 |
| 6/3/19 | 52.29 | 12.29 | $10.00 | $61.45 |
| 6/10/19 | 50.85 | 10.85 | $10.00 | $54.25 |
| 6/17/19 | 52.52 | 12.52 | $10.00 | $62.60 |
| 6/24/19 | 51.23 | 11.23 | $10.00 | $56.15 |

| | | | | |
|---|---|---|---|---|
| 7/1/19 | 52.63 | 12.63 | $10.00 | $63.15 |
| 7/8/19 | 52.66 | 12.66 | $10.00 | $63.30 |
| 7/15/19 | 52.39 | 12.39 | $10.00 | $61.95 |
| 7/22/19 | 51.74 | 11.74 | $10.00 | $58.70 |
| 7/29/19 | 52.79 | 12.79 | $10.00 | $63.95 |
| 8/5/19 | 53.02 | 13.02 | $10.00 | $65.10 |
| 8/12/19 | 52.16 | 12.16 | $10.00 | $60.80 |
| 8/19/19 | 52.32 | 12.32 | $10.00 | $61.60 |
| 8/26/19 | 52.55 | 12.55 | $10.00 | $62.75 |
| 9/2/19 | 52.31 | 12.31 | $10.00 | $61.55 |
| 9/9/19 | 52.88 | 12.88 | $10.00 | $64.40 |
| 9/16/19 | 51.37 | 11.37 | $10.00 | $56.85 |
| 9/23/19 | 51.89 | 11.89 | $11.00 | $65.40 |
| 9/30/19 | 52.15 | 12.15 | $11.00 | $66.83 |
| 10/7/19 | 52.24 | 12.24 | $11.00 | $67.32 |
| 10/14/19 | 53.24 | 13.24 | $11.00 | $72.82 |
| 10/21/19 | 53.04 | 13.04 | $11.00 | $71.72 |
| 10/28/19 | 52.67 | 12.67 | $11.00 | $69.69 |
| 11/4/19 | 53.53 | 13.53 | $11.00 | $74.42 |
| 11/11/19 | 44.29 | 4.29 | $11.00 | $23.60 |
| Out | | | | |
| 1/13/20 | 52.87 | 12.87 | $11.00 | $70.79 |
| 1/20/20 | 51.05 | 11.05 | $11.00 | $60.78 |
| 1/27/20 | 51.88 | 11.88 | $11.00 | $65.34 |
| 2/3/20 | 51.21 | 11.21 | $11.00 | $61.66 |
| 2/10/20 | 51.13 | 11.13 | $11.00 | $61.22 |
| 2/17/20 | 52.62 | 12.62 | $11.00 | $69.41 |
| 2/24/20 | 51.23 | 11.23 | $11.00 | $61.77 |
| 3/2/20 | 50.34 | 10.34 | $11.00 | $56.87 |
| 3/9/20 | 52.43 | 12.43 | $11.00 | $68.37 |
| 3/16/20 | 48.62 | 8.62 | $11.00 | $47.41 |
| 3/23/20 | 46.97 | 6.97 | $11.00 | $38.34 |
| 3/30/20 | 43.1 | 3.1 | $11.00 | $17.05 |
| 4/6/20 | 42.39 | 2.39 | $11.00 | $13.15 |
| 4/13/20 | 43.9 | 3.9 | $11.00 | $21.45 |
| 4/20/20 | 44.64 | 4.64 | $11.00 | $25.52 |
| 4/27/20 | 53.19 | 13.19 | $11.00 | $72.55 |
| 5/4/20 | 52.46 | 12.46 | $11.00 | $68.53 |
| 5/11/20 | 56.31 | 16.31 | $11.00 | $89.71 |
| 5/18/20 | 55.71 | 15.71 | $11.00 | $86.41 |
| 5/25/20 | 55.7 | 15.7 | $11.00 | $86.35 |
| 6/1/20 | 56.75 | 16.75 | $11.00 | $92.13 |
| 6/8/20 | 57.16 | 17.16 | $11.00 | $94.38 |
| 6/15/20 | 56.52 | 16.52 | $11.00 | $90.86 |
| 6/22/20 | 35.62 | 0 | $11.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/29/20 | 32.56 | 0 | $11.00 | $0.00 | |
| 7/6/20 | 43.56 | 3.56 | $11.00 | $19.58 | |
| 7/13/20 | 45.13 | 5.13 | $11.00 | $28.22 | |
| 7/20/20 | 44.55 | 4.55 | $11.00 | $25.03 | |
| 7/27/20 | 44.77 | 4.77 | $11.00 | $26.24 | |
| 8/3/20 | 46.79 | 6.79 | $11.00 | $37.35 | |
| 8/10/20 | 44.09 | 4.09 | $11.00 | $22.50 | |
| 8/17/20 | 47.68 | 7.68 | $11.00 | $42.24 | |
| 8/24/20 | 44.12 | 4.12 | $11.00 | $22.66 | |
| 8/31/20 | 46.35 | 6.35 | $11.00 | $34.93 | |
| 9/7/20 | 49.93 | 9.93 | $11.00 | $54.62 | |
| 9/14/20 | 52.7 | 12.7 | $11.00 | $69.85 | |
| 9/21/20 | 53.13 | 13.13 | $11.00 | $72.22 | |
| Avg OT hours: | 51.50 | | | $8,635.22 | Actuals |