**SDM HOSPITALITY, LLC**

7325

**Marshall Hardy**
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.62 | 10.00 | 536.20 | 23,282.53 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.80 | [illegible] |
| Social Security | 33.25 | [illegible] |
| Medicare | 7.78 | [illegible] |

**SDM HOSPITALITY, LLC**

7322

**Marshall Hardy**
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.64 | 10.00 | 536.40 | 22,212.53 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | 33.26 | [illegible] |
| Medicare | | |

**SDM HOSPITALITY, LLC**

73241

**Marshall Hardy**
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.38 | 10.00 | 533.80 | 22,746.33 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.47 | [illegible] |
| Social Security | 33.09 | [illegible] |
| Medicare | 7.74 | [illegible] |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite 101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] |
| Deductions | [illegible] | [illegible] |

**NET PAY:** $428.5

**Pay Period**
10/23/2017 - 10/29/2017

**Pay Date**
11/03/2017

**MEMO:**

**SDM HOSPITALITY, LLC**

7325[illegible]

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.62 | 10.00 | 536.20 | 23,282.53 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.83 | 2,790.86 |
| Social Security | 33.25 | 1,443.52 |
| Medicare | 7.78 | 337.60 |

**SDM HOSPITALITY, LLC**

7322[illegible]

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.64 | 10.00 | 536.40 | 22,212.53 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.86 | 2,661.56 |
| Social Security | 33.26 | 1,377.16 |
| Medicare | | |

**SDM HOSPITALITY, LLC**

73241

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.38 | 10.00 | 533.80 | 22,748.33 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.47 | 2,716.03 |
| Social Security | 33.09 | 1,410.27 |
| Medicare | 7.74 | 329.82 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $533.80 | $22,748.3[illegible] |
| Taxes | $105.30 | $4,456.1[illegible] |
| Deductions | $0.00 | $0.0[illegible] |

**NET PAY:** $428.5[illegible]

**Pay Period**
10/23/2017 - 10/29/2017

**Pay Date**
11/03/2017

**MEMO:**

SDM HOSPITALITY, LLC

73317

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

73305

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

73291

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

73279

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

73267

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

...ALITY, LLC

73390

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.39 | 10.00 | 523.90 | 1,490.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 62.98 | 176.72 |
| Social Security | 32.48 | 92.39 |

## SDM HOSPITALITY, LLC

73377

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.62 | 10.00 | 526.20 | 966.30 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 63.33 | 113.74 |

## SDM HOSPITALITY, LLC

73363

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.01 | 10.00 | 440.10 | 440.10 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.41 | 50.41 |
| Social Security | [illegible] | [illegible] |

## SDM HOSPITALITY, LLC

73346

Marshall Hardy

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.58 | 10.00 | 525.80 | 27,108.33 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 63.27 | 3,236.09 |
| Social Security | 32.60 | 1,680.72 |
| [illegible] | [illegible] | [illegible] |

## SDM HOSPITALITY, LLC

73332

Marshall Hardy
6608 Blackberry Dr
Arlington
TX 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 61.75 | 10.00 | 617.50 | 26,982.53 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 77.02 | 3,172.82 |
| Social Security | 38.29 | 1,646.12 |
| Medicare | 8.96 | 385.46 |

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
12/11/2017 - 12/17/2017

Pay Date
12/22/2017

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $617.50 | $26,982.53 |
| Taxes | $124.27 | [illegible] |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $493.23

MEMO

73468

SDM HOSPITALITY, LLC

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |

73456

SDM HOSPITALITY, LLC

Marshall Hardy
[illegible] Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

73442

SDM HOSPITALITY, LLC

Marshall Hardy
[illegible] Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |

73430

SDM HOSPITALITY, LLC

Marshall Hardy
[illegible] Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

73402

SDM HOSPITALITY, LLC

Marshall Hardy
[illegible] Blackberry Dr
Arlington
TX, [illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, [illegible]

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] |
| Deductions | [illegible] | [illegible] |

NET PAY: $431.9[illegible]

SDM HOSPITALITY, LLC

73536

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.83 | 10.00 | 538.30 | 7,371.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.16 | 761.05 |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

73524

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.81 | 10.00 | 538.10 | 6,835.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.37 | 708.88 |
| Social Security | 33.36 | 423.80 |

SDM HOSPITALITY, LLC

73508

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.30 | 10.00 | 543.00 | 6,297.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.96 | 656.51 |
| Social Security | 33.67 | 390.44 |

SDM HOSPITALITY, LLC

73493

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.08 | 10.00 | 520.80 | 5,754.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.29 | 603.55 |

SDM HOSPITALITY, LLC

73480

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.58 | 10.00 | 525.80 | 5,233.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.89 | 553.26 |
| Social Security | 32.60 | 324.48 |
| Medicare | 7.63 | 75.89 |

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
02/26/2018 - 03/04/2018

Pay Date
03/09/2018

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $525.80 | $5,233.60 |
| Taxes | $91.12 | $953.63 |
| Deductions | $0.00 | $0.00 |

NET PAY: $434.68

**SDM HOSPITALITY, LLC** 73614

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.10 | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73588

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73601

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73574

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73561

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

[illegible]

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] |
| Deductions | [illegible] | [illegible] |

**NET PAY:** $432.75

## SDM HOSPITALITY, LLC

73676

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.32 | 10.00 | 523.20 | 13,119.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.58 | 1,316.53 |
| Social Security | 32.44 | 813.40 |

## SDM HOSPITALITY, LLC

73667

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.50 | 10.00 | 525.00 | 12,596.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.80 | 1,265.95 |
| Social Security | 32.55 | 780.96 |
| Medicare | 7.61 | 182.64 |

## SDM HOSPITALITY, LLC

73654

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.51 | 10.00 | 525.10 | 12,071.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.81 | 1,215.15 |

## SDM HOSPITALITY, LLC

73642

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.17 | 10.00 | 441.70 | 11,546.10 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 40.80 | 1,164.34 |
| Social Security | 27.39 | 715.86 |
| Medicare | 6.41 | 157.42 |

## SDM HOSPITALITY, LLC

73625

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.70 | 10.00 | 537.00 | 11,104.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.24 | 1,123.54 |
| Social Security | 33.29 | 686.47 |
| Medicare | 7.78 | 161.01 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
05/14/2018 - 05/20/2018

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $537.00 | $11,104.40 |
| Taxes | $93.31 | $1,973.02 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $443.69

Pay Date
05/25/2018

MEMO:

SDM HOSPITALITY, LLC

73736

Marshall Hardy

PAY | Hours | Rate | Current | YTD

Regular Pay

TAXES | Current | YTD

Federal Income Tax

SDM HOSPITALITY, LLC

73723

Marshall Hardy

PAY | Hours | Rate | Current | YTD

Regular Pay

TAXES | Current | YTD

Federal Income Tax

Social Security

SDM HOSPITALITY, LLC

73712

Marshall Hardy

PAY | Hours | Rate | Current | YTD

Regular Pay

TAXES | Current | YTD

Federal Income Tax

Social Security

SDM HOSPITALITY, LLC

73701

Marshall Hardy

PAY | Hours | Rate | Current | YTD

Regular Pay

TAXES | Current | YTD

Federal Income Tax

Social Security

SDM HOSPITALITY, LLC

73689

Marshall Hardy

PAY | Hours | Rate | Current | YTD

Regular Pay

TAXES | Current | YTD

Federal Income Tax

Social Security

Medicare

SDM HOSPITALITY, LLC

73791

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.94 | 10.00 | 549.40 | 18,425.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 53.73 | 1,831.19 |

SDM HOSPITALITY, LLC

73780

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.69 | 10.00 | 536.90 | 17,875.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.23 | 1,777.46 |

SDM HOSPITALITY, LLC

73767

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.71 | 10.00 | 537.10 | 17,338.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | | |

SDM HOSPITALITY, LLC

73753

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.69 | 10.00 | 536.90 | 16,801.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.23 | 1,672.98 |
| Social Security | 33.29 | 1,041.70 |
| Medicare | 7.78 | 243.62 |

SDM HOSPITALITY, LLC

73744

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.15 | 10.00 | 531.50 | 16,264.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.58 | 1,620.75 |
| Social Security | 32.95 | 1,008.41 |
| Medicare | 7.71 | 235.84 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCollars Irish Pub & Grill
4851 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
07/23/2018 - 07/29/2018

Pay Date
08/03/2018

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $531.50 | $16,264.70 |
| Taxes | $92.24 | $2,865.00 |
| Deductions | $0.00 | $0.00 |

NET PAY: $439.26

**SDM HOSPITALITY, LLC** 73849

Marshall Hardy
8608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.92 | 10.00 | 519.20 | 21,003.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.10 | 2,079.53 |
| Social Security | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73837

Marshall Hardy
8608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.75 | 10.00 | 537.50 | 20,483.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.30 | 2,029.43 |
| Social Security | [illegible] | [illegible] |

**SDM HOSPITALITY, LLC** 73824

Marshall Hardy
8608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.53 | 10.00 | 545.30 | 19,946.30 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 53.23 | 1,977.13 |
| Social Security | 33.81 | 1,236.67 |
| Medicare | 7.91 | [illegible] |

**SDM HOSPITALITY, LLC** 73813

Marshall Hardy
8608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.43 | 10.00 | 534.30 | 19,401.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.91 | 1,923.90 |
| Social Security | 33.12 | 1,202.86 |

**SDM HOSPITALITY, LLC** 73802

Marshall Hardy
8608 Blackberry Dr
Arlington
TX, 76018

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.17 | 10.00 | 441.70 | 18,866.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 40.80 | 1,871.98 |
| Social Security | 27.39 | 1,169.74 |
| Medicare | 6.41 | 273.57 |

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 760[illegible]

| DEDUCTIONS | Current | YTD |
|---|---|---|

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $441.70 | $18,866.[illegible] |
| Taxes | $74.60 | $3,316.[illegible] |
| Deductions | $0.00 | $0.[illegible] |

**NET PAY:** $367.[illegible]

MEMO:

Marshall Hardy
6608 Blackberry Dr
Arlington

73911

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.07 | 10.00 | 540.70 | 24,217.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.68 | 2,392.08 |
| Social Security | 33.53 | 1,501.50 |
| Medicare | 7.84 | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr

739[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.26 | 10.00 | 542.60 | 23,677.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.91 | 2,339.4[illegible] |

M HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

73891

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.77 | 10.00 | 537.70 | 23,134.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.32 | [illegible] |

M HOSPITALITY, LLC

7387[illegible]

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.40 | 10.00 | 534.00 | 22,075.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.88 | 2,183.77 |
| Social Security | 33.11 | 1,368.66 |

M HOSPITALITY, LLC

7386[illegible]

Marshall Hardy
6608 Blackberry Dr
Arlington
TX [illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.80 | 10.00 | 538.00 | 21,541.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.36 | 2,131.89 |
| Social Security | 33.35 | 1,335.54 |
| Medicare | 7.80 | 312.34 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

[illegible]

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

Pay Period
[illegible]

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $538.00 | $21,541.00 |
| Taxes | $93.51 | $3,779.77 |
| Deductions | $0.00 | $0.00 |

NET PAY: $444.49

Marshall Hardy
6608 Blackberry Dr
Arlington
TX 76016

74030

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 48.48 | 233.23 |
| Social Security | 32.03 | 152.79 |
| Medicare | 7.48 | 35.73 |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

74014

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.25 | 10.00 | 522.50 | 1,947.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.20 | 183.74 |
| Social Security | 32.39 | 120.76 |
| Medicare | | |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

74000

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.56 | 10.00 | 535.60 | 1,425.30 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.77 | 133.54 |
| Social Security | 33.21 | 88.37 |
| Medicare | | |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

73975

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 35.38 | 10.00 | 353.80 | 353.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 29.96 | 29.96 |
| Social Security | 21.94 | 21.94 |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

73966

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.45 | 10.00 | 534.50 | 27,422.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.94 | 2,703.44 |
| Social Security | 33.14 | 1,700.19 |
| Medicare | 7.75 | 397.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $534.50 | $27,422.40 |
| Taxes | $92.83 | $4,801.25 |
| Deductions | $0.00 | $0.00 |

NET PAY: $441.67

Pay Period
12/17/2018 - 12/23/2018

Pay Date

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr

74045

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.32 | 10.00 | 533.20 | 2,997.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.48 | 264.71 |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr

74059

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.15 | 10.00 | 531.50 | 3,529.10 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.29 | [illegible] |
| Social Security | 32.95 | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy

74073

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.57 | 10.00 | 535.70 | 4,064.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.78 | [illegible] |
| [illegible] | [illegible] | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

74085

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.88 | 10.00 | 538.80 | 4,601.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.92 | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

74097

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.87 | 10.00 | 528.70 | 5,130.30 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.94 | 490.63 |
| Social Security | 32.78 | 318.08 |
| Medicare | 7.67 | 74.39 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
02/25/2019 - 03/03/2019

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $528.70 | $5,130.30 |
| Taxes | $91.39 | $883.10 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $437.31

Pay Date
03/08/2019

MEMO:

SDM HOSPITALITY, LLC 74109

Marshall Hardy
8606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.81 | 10.00 | 528.10 | 5,658.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.87 | 541.50 |
| Social Security | 32.74 | 350.82 |
| [illegible] | 7.66 | 82.05 |

SDM HOSPITALITY, LLC 74123

Marshall Hardy
8606 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.07 | 10.00 | 530.70 | 6,189.10 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.18 | 592.68 |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC 74136

Marshall Hardy
8606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.13 | 10.00 | 541.30 | 6,730.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.46 | 645.14 |
| Social Security | 33.56 | 417.28 |

SDM HOSPITALITY, LLC 74148

Marshall Hardy
8606 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.61 | 10.00 | 536.10 | 7,266.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.83 | 696.97 |
| Social Security | [illegible] | [illegible] |

SDM HOSPITALITY, LLC 74161

Marshall Hardy
8606 Blackberry Dr
Arlington
TX 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.54 | 10.00 | 535.40 | 7,801.90 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.75 | 748.72 |
| Social Security | 33.20 | 483.72 |
| Medicare | 7.77 | 113.12 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCallans Irish Pub & Grill
4601 Little Road Suite
101
Arlington
TX 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $535.40 | $7,801.90 |
| Taxes | $92.72 | $1,345.67 |
| Deductions | $0.00 | $0.00 |

NET PAY: $442.68

Pay Period
04/01/2019 - 04/07/2019

Pay Date
04/12/2019

MEMO:

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.26 | 10.00 | 522.60 | 8,324.50 |

| TAXES | Current |
|---|---|
| Federal Income Tax | 56.21 |
| Social Security | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 45.09 | 10.00 | 450.90 | 8,775.40 |

| TAXES | Current |
|---|---|
| Federal Income Tax | 41.81 |
| Social Security | 27.96 |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.02 | 10.00 | 530.20 | 9,305.60 |

| TAXES | Current |
|---|---|
| Federal Income Tax | [illegible] |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.54 | 10.00 | 515.40 | 9,821.00 |

| TAXES | Current |
|---|---|
| Federal Income Tax | 49.35 |
| Social Security | 31.95 |
| Medicare | 7.47 |

SDM HOSPITALITY, LLC

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.41 | 10.00 | 524.10 | 10,345.10 |

| TAXES | Current |
|---|---|
| Federal Income Tax | 50.39 |
| Social Security | 32.50 |
| Medicare | 7.60 |

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current |
|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current |
|---|---|
| Total Pay | $524.10 |
| Taxes | $90.49 |
| Deductions | $0.00 |

NET PAY

[illegible] HOSPITALITY, LLC

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | [illegible] | [illegible] | [illegible] |

| TAXES | Current |
|---|---|
| Federal Income Tax | [illegible] |
| Social Security | [illegible] |
| Medicare | [illegible] |

DEDUCTIONS

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | |
|---|---|
| Total Pay | [illegible] |
| Taxes | [illegible] |
| Deductions | [illegible] |

NET PAY

Pay Period

[illegible]

Pay Date

[illegible]

**SDM HOSPITALITY, LLC** 73956

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.70 | 10.00 | 527.00 | 26,887.90 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.04 | 2,651.50 |
| Social Security | 32.67 | 1,667.05 |
| Medicare | | |

**SDM HOSPITALITY, LLC** 73947

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.55 | 10.00 | 535.50 | 26,360.90 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.06 | 2,600.46 |
| Social Security | 33.21 | 1,634.38 |

**DM HOSPITALITY, LLC** 73939

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.80 | 10.00 | 538.00 | 25,825.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.36 | 2,548.40 |
| Social Security | 33.36 | 1,601.17 |

**SDM HOSPITALITY, LLC** 739

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.16 | 10.00 | 521.60 | 25,287.40 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 50.39 | 2,496.0 |
| Social Security | 32.34 | 1,567.8 |

**M HOSPITALITY, LLC** 73921

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.81 | 10.00 | 548.10 | 24,765.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 53.57 | 2,445.65 |
| Social Security | 33.98 | 1,535.48 |
| Medicare | 7.94 | 359.10 |

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
11/12/2018 - 11/18/2018

Pay Date
11/23/2018

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $548.10 | $24,765.80 |
| Taxes | $95.49 | $4,340.23 |
| Deductions | $0.00 | |
| NET PAY | | |

SDM HOSPITALITY, LLC 74

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.52 | 10.00 | 525.20 | 13,489.20 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 50.52 | 1,293 |
| Social Security | 32.56 | 836 |

SDM HOSPITALITY, LLC 743

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.23 | 10.00 | 512.30 | 14,001.50 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 48.98 | 1,342 |
| Social Security | 31.76 | 868 |

DM HOSPITALITY, LLC 743

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.63 | 10.00 | 526.30 | 14,527.80 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 50.86 | 1,393.3 |
| Social Security | 32.63 | 900.7 |

M HOSPITALITY, LLC 743

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.66 | 10.00 | 526.60 | 15,054.40 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 50.69 | 1,444 |
| Social Security | [illegible] | [illegible] |

M HOSPITALITY, LLC 743

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.39 | 10.00 | 523.90 | 15,578.30 |

| TAXES | Current | Y |
|---|---|---|
| Federal Income Tax | 50.37 | 1,494 |
| Social Security | 32.48 | 965 |
| Medicare | 7.60 | 225 |

| DEDUCTIONS | Current | Y |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
07/15/2019 - 07/21/2019

Pay Date
07/26/2019

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YT |
|---|---|---|
| Total Pay | $523.90 | $15,578 |
| Taxes | $90.45 | $2,686 |
| Deductions | $0.00 | $0 |

NET PAY: $433.4

74373

OM HOSPITALITY, LLC

Marshall Hardy
9606 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.74 | 10.00 | 517.40 | 16,986.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 49.59 | 1,545.98 |
| Social Security | 32.08 | 987.60 |

74388

OM HOSPITALITY, LLC

Marshall Hardy
9606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.79 | 10.00 | 527.90 | 16,623.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.86 | 1,594.85 |

74403

OM HOSPITALITY, LLC

Marshall Hardy
9606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.02 | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|

74420

HOSPITALITY, LLC

Marshall Hardy

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.18 | 10.00 | 521.80 | 17,675.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.08 | 1,696.04 |

74432

HOSPITALITY, LLC

Marshall Hardy
9606 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.32 | 10.00 | 523.20 | 18,198.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.28 | 1,746.32 |
| Social Security | 32.44 | 1,128.31 |
| Medicare | 7.59 | 263.88 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
[illegible] Little Road Suite
[illegible]
Arlington
TX, 7601[illegible]

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

Memo

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] |
| Deductions | [illegible] | [illegible] |

NET PAY: [illegible]

## SDM HOSPITALITY, LLC

74445

Marshall Hardy
8606 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | | |

74459

## SDM HOSPITALITY, LLC

Marshall Hardy
8606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

74474

## SDM HOSPITALITY, LLC

Marshall Hardy
8606 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 10.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |

74487

## SDM HOSPITALITY, LLC

Marshall Hardy
8606 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.37 | 10.00 | 513.70 | 20,289.70 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 48.14 | [illegible] |

74501

## SDM HOSPITALITY, LLC

Marshall Hardy
8606 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.89 | 11.00 | 570.79 | 20,860.49 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McCullars Irish Pub & Grill
4801 Little Road Suite
101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
09/23/2019 - 09/29/2019

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $570.79 | $20,860.49 |
| Taxes | [illegible] | [illegible] |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $475.13

Pay Date
10/04/2019

MEMO:

**SDM HOSPITALITY, LLC** — 74517

Marshall Hardy
5608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.15 | 11.00 | 573.65 | 21,434.14 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 56.34 | [illegible] |

**SDM HOSPITALITY, LLC** — 74532

Marshall Hardy
5608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 54.24 | 11.00 | 596.64 | 22,030.78 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 59.10 | 2,116.68 |
| Social Security | 36.99 | 1,365.91 |

**SDM HOSPITALITY, LLC** — 74545

Marshall Hardy
[illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.24 | 11.00 | 585.64 | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 57.78 | 2,176.46 |

**SDM HOSPITALITY, LLC** — 74558

Marshall Hardy
5608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.24 | 11.00 | 585.64 | 23,199.96 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 57.50 | [illegible] |
| Social Security | 36.37 | [illegible] |

**SDM HOSPITALITY, LLC** — 74572

Marshall Hardy
[illegible]
Arlington
TX, [illegible]

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | [illegible] | 11.00 | [illegible] | [illegible] |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | [illegible] | [illegible] |
| Social Security | [illegible] | [illegible] |
| Medicare | [illegible] | [illegible] |

McPoffers Irish Pub & Grill
[illegible]
[illegible]
Arlington
TX, [illegible]

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
[illegible]

Pay Date
[illegible]

MEMO

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | [illegible] | [illegible] |
| Taxes | [illegible] | [illegible] |
| Deductions | [illegible] | [illegible] |

NET PAY: [illegible]

74584

**SDM HOSPITALITY, LLC**

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 53.53 | 11.00 | 588.83 | 24,368.06 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 56.16 | [illegible] |

74597

**SDM HOSPITALITY, LLC**

Marshall Hardy
6608 Blackberry Dr
Arlington

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.29 | 11.00 | 487.19 | 24,855.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 45.96 | 2,395.11 |
| Social Security | 30.21 | [illegible] |

74698

**SDM HOSPITALITY, LLC**

Marshall Hardy
6608 Blackberry Dr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.87 | 11.00 | 581.57 | 581.57 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 57.22 | 57.22 |
| Social Security | 36.06 | 36.06 |
| Medicare | 8.43 | 8.43 |

74712

**SDM HOSPITALITY, LLC**

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.05 | 11.00 | 561.55 | 1,143.12 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 54.92 | 112.14 |
| Social Security | 34.81 | 70.87 |
| Medicare | [illegible] | [illegible] |

74726

**SDM HOSPITALITY, LLC**

Marshall Hardy
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 51.88 | 11.00 | 570.68 | 1,713.80 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 55.91 | 167.95 |
| Social Security | 35.38 | 106.25 |
| Medicare | 8.27 | 24.85 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

McFaddens Irish Pub & Grill
4801 Little Road Suite 101
Arlington
TX, 76017

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period**
01/27/2020 - 02/02/2020

**Pay Date**
02/07/2020

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $570.68 | $1,713.80 |
| Taxes | $99.57 | $299.06 |
| Deductions | $0.00 | $0.00 |

**NET PAY:** $471.11

74822

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 48.62 | 11.00 | 534.82 | 5,647.18 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.61 | 551.98 |
| Social Security | 33.16 | 350.13 |
| Medicare | | |

74833

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 46.97 | 11.00 | 516.67 | 6,163.85 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 49.43 | 601.41 |
| Social Security | 32.03 | 382.16 |
| Medicare | 7.50 | 89.38 |

74841

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 43.10 | 11.00 | 474.10 | 6,637.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 44.32 | 645.73 |
| Social Security | 29.39 | 411.55 |
| Medicare | 6.87 | 96.25 |

74847

| AY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| gular Pay | 42.39 | 11.00 | 466.29 | 7,104.24 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 43.39 | 689.12 |
| Social Security | 28.91 | 440.46 |
| | 6.76 | 103.01 |

74854

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Pay | 43.90 | 11.00 | 482.90 | 7,587.14 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 45.38 | 734.50 |
| Social Security | 29.94 | 470.40 |
| Medicare | 7.00 | 110.01 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| AY | Current | YTD |
|---|---|---|

rdy
any Dr

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 51.13 | 11.00 | 562.43 | 2,839.54 | Federal Income Tax | 54.92 | |

/, LLC

74768

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 52.62 | 11.00 | 578.82 | 3,418.36 | Federal Income Tax | 56.89 | 334.79 |
| | | | | | Social Security | 35.89 | 211.94 |

74783

LLC

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 51.23 | 11.00 | 563.53 | 3,981.89 | Federal Income Tax | 55.06 | 389.85 |
| | | | | | Social Security | 34.94 | 246.88 |

74797

C

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 50.34 | 11.00 | 553.74 | 4,535.63 | Federal Income Tax | 53.88 | 443.73 |

74810

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 52.43 | 11.00 | 576.73 | 5,112.36 | Federal Income Tax | 56.64 | 500.37 |
| | | | | | Social Security | 35.76 | 316.97 |
| | | | | | Medicare | 8.36 | 74.13 |

74822

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 48.62 | 11.00 | 534.82 | 5,647.18 | Federal Income Tax | 51.61 | 551.98 |
| | | | | | Social Security | 33.16 | 350.13 |
| | | | | | Medicare | 7.75 | 81.88 |

74833

| PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 46.97 | 11.00 | 516.67 | 6,163.85 | Federal Income Tax | 49.43 | 601.41 |
| | | | | | Social Security | 32.03 | 382.16 |
| | | | | | Medicare | 7.50 | 89.38 |

| | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| lar Pay | 44.64 | 11.00 | 491.04 | 8,078.18 | Federal Income Tax | 46.36 | |

748

| | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|
| / | - | 11.00 | 0.00 | 8,078.18 | Federal Income Tax | 57.64 | 838.50 |
| Retention Credit | 53.19 | 11.00 | 585.09 | 585.09 | Social Security | 36.27 | 537.12 |
| | | | | | Medicare | 8.49 | 125.62 |

74

| | Hours | Rate | Current | YTD | TAXES | Current | Y |
|---|---|---|---|---|---|---|---|
| y | - | 11.00 | 0.00 | 8,078.18 | Federal Income Tax | 56.68 | 895 |
| Retention Credit | 52.46 | 11.00 | 577.06 | 1,162.15 | Social Security | 35.78 | 572 |
| | | | | | Medicare | 8.36 | 133 |

74

| | Hours | Rate | Current | YTD | TAXES | Current | |
|---|---|---|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 | Federal Income Tax | 61.76 | 9 |
| tention Credit | 56.31 | 11.00 | 619.41 | 1,781.56 | Social Security | 38.40 | 6 |
| | | | | | Medicare | 8.99 | 1 |

7

| | Hours | Rate | Current | YTD | TAXES | Current | |
|---|---|---|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 | Federal Income Tax | 60.97 | 1, |
| ntion Credit | 55.71 | 11.00 | 612.81 | 2,394.37 | Social Security | 38.00 | |
| | | | | | Medicare | 8.88 | 1 |

| | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Pay | 44.64 | 11.00 | 491.04 | 8,078.18 |

| TAXES | Current |
| --- | --- |
| Federal Income Tax | 46.38 |

| | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| | - | 11.00 | 0.00 | 8,078.18 |
| ntion Credit | 53.19 | 11.00 | 585.09 | 585.09 |

| TAXES | Current |
| --- | --- |
| Federal Income Tax | 57.64 |
| Social Security | 36.27 |
| Medicare | 8.49 |

| | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| | - | 11.00 | 0.00 | 8,078.18 |
| ention Credit | 52.46 | 11.00 | 577.06 | 1,162.15 |

| TAXES | Current |
| --- | --- |
| Federal Income Tax | 56.68 |
| Social Security | 35.78 |
| Medicare | 8.36 |

| | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| | - | 11.00 | 0.00 | 8,078.18 |
| tion Credit | 56.31 | 11.00 | 619.41 | 1,781.56 |

| TAXES | Current |
| --- | --- |
| Federal Income Tax | 61.76 |
| Social Security | 38.40 |
| Medicare | 8.99 |

| | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| | - | 11.00 | 0.00 | 8,078.18 |
| on Credit | 55.71 | 11.00 | 612.81 | 2,394.37 |

| TAXES | Current |
| --- | --- |
| Federal Income Tax | 60.07 |
| Social S... | |

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| ay | - | 11.00 | 0.00 | 8,078.18 |
| Retention Credit | 55.70 | 11.00 | 612.70 | 3,007.07 |

| TAXES | Curr |
|---|---|
| Federal Income Tax | 6 |
| Social Security | 3 |
| Medicare | 8 |

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 |
| ention Credit | 56.75 | 11.00 | 624.25 | 3,631.32 |

| TAXES | Curre |
|---|---|
| Federal Income Tax | 62. |
| Social Security | 38.7 |
| Medicare | 9.0 |

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 |
| tention Credit | 57.16 | 11.00 | 628.76 | 4,260.08 |

| TAXES | Curr |
|---|---|
| Federal Income Tax | 6 |
| Social Security | 3 |
| Medicare | |

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 |
| ntion Credit | 56.52 | 11.00 | 621.72 | 4,881.80 |

| TAXES | Curre |
|---|---|
| Federal Income Tax | 62. |
| Social Security | 38. |
| Medicare | 9. |

Hours Rate

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | - | 11.00 | 0.00 | 8,078.18 |
| ...tion Credit | 35.62 | 11.00 | 391.82 | 5,273.62 |

| TAXES | Curren... |
|---|---|
| Federal Income Tax | 34.4... |
| Social Security | 24.2... |
| Medicare | 5.6... |

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | 32.56 | 11.00 | 358.16 | 8,436.34 |
| ...on Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Curr... |
|---|---|
| Federal Income Tax | 30... |
| Social Security | 22... |
| Medicare | 5... |

| DEDUCTIONS | Curre... |
|---|---|

| | Current | YTD |
|---|---|---|

750

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 43.56 | 11.00 | 479.16 | 8,915.50 |
| Employee Retention Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 44.93 | 1,375. |
| Social Security | 29.71 | 879. |
| Medicare | 6.95 | 205. |

750

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 45.13 | 11.00 | 496.43 | 9,411.93 |
| Employee Retention Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.00 | 1,422.92 |
| Social Security | 30.77 | 910.50 |
| Medicare | 7.20 | 212.9 |

7

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.55 | 11.00 | 490.05 | 9,901.98 |
| Employee Retention Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | |
|---|---|---|
| Federal Income Tax | 46.24 | 1,4 |
| Social Security | 30.39 | 9 |
| Medicare | 7.11 | 2 |

75

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.77 | 11.00 | 492.47 | 10,394.45 |
| Employee Retention Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | Y |
|---|---|---|
| Federal Income Tax | 46.53 | 1,515 |
| Social Security | 30.53 | 971 |
| Medicare | 7.14 | 227 |

750

| AY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| gular Pay | 46.79 | 11.00 | 514.69 | 10,909.14 |
| nployee Retention Credit | | 11.00 | 0.00 | [illegible] |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 49.20 | 1,564 |

750

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | 44.09 | 11.00 | 484.99 | 11,394.13 |
| Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 45.63 | 1,610.52 |
| Social Security | 30.07 | 1,033.40 |
| Medicare | 7.03 | 241.68 |

750

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | 47.68 | 11.00 | 524.48 | 11,918.61 |
| redit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 50.37 | 1,660.89 |
| Social Security | 32.52 | 1,065.92 |
| Medicare | 7.61 | 249.29 |

750

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | 44.12 | 11.00 | 485.32 | 12,403.93 |
| Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 45.67 | 1,706.5 |
| Social Security | 30.09 | 1,096.0 |
| Medicare | 7.03 | 256.3 |

750

| | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| | 46.35 | 11.00 | 509.85 | 12,913.78 |
| n Credit | - | 11.00 | 0.00 | 5,273.62 |

| TAXES | Current | YT |
|---|---|---|
| Federal Income Tax | 48.61 | 1,755.1 |
| Social Security | | |

**SDM HOSPITALITY, LLC**

**Marshall Hardy**
6608 Blackberry Dr
Arlington
TX, 76016

| PAY | Hours | Rate | Current |
|---|---|---|---|
| Regular Pay | 52.24 | 11.00 | 574.64 |
| Employee Retention Credit | - | 11.00 | 0.00 |

**McCullars Irish Pub & Grill**
4801 Little Road Suite
101
Arlington
TX, 76017

**OTHER PAY** — Current

**Pay Period**
09/28/2020 - 10/04/2020

**BENEFITS**

$150.08 Capitol

**Pay Date**
10/09/2020

**MEMO:**