# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARSHALL HARDY, on behalf of himself and all others similarly situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-3157-S-BK |
| SDM HOSPITALITY LLC | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment [ECF No. 9].

**SO ORDERED.**

SIGNED January 28, 2022

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**