# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MARSHALL HARDY, on behalf of himself and all others similarly situated § § § | |
| v. § | CIVIL ACTION NO. 3:20-CV-3157-S-BK |
| § § | |
| SDM HOSPITALITY LLC § | |

## DEFAULT JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case and granted Plaintiff's Motion for Default Judgment [ECF No. 9]. It is therefore **ORDERED** that Plaintiff Marshall Hardy shall recover from Defendant SDM Hospitality damages in the amount of $17,270.44, attorney's fees of $2,257.50, costs of $517.95, and post-judgment interest at the applicable federal rate from the date of this judgment until it is satisfied in full. *See* 28 U.S.C. § 1961.

**SO ORDERED.**

SIGNED January 28, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**